ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - x
                                    :
UNITED STATES OF AMERICA            :    **SUPERSEDING INFORMATION**
                                    :
        - v. -                      :    S4 13 Cr. 70 (JMF)
                                    :
RICHARD BERMUDEZ,                   :
  a/k/a "Richie,"                   :
                                    :
              Defendant.            :
                                    :
- - - - - - - - - - - - - - - - - - x

COUNT ONE

The United States Attorney charges:

1.  From in or about 2011, up to and including on or about January 3, 2013, in the Southern District of New York and elsewhere, RICHARD BERMUDEZ, a/k/a "Richie," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.  It was a part and an object of the conspiracy that RICHARD BERMUDEZ, a/k/a "Richie," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1).

3. The controlled substances involved in the offense were (a) five kilograms and more of mixtures and substances containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, in violation of 21 U.S.C. § 841(b)(1)(A); (b) one kilogram and more of mixtures and substances containing a detectable amount of heroin, in violation of 21 U.S.C. § 841(b)(1)(A); and (c) a quantity of marijuana, in violation of 21 U.S.C. § 841(b)(1)(D).

(Title 21, United States Code, Section 846.)

## COUNT TWO

The United States Attorney further charges:

4. From in or about 2011, up to and including on or about January 3, 2013, in the Southern District of New York and elsewhere, RICHARD BERMUDEZ, a/k/a "Richie," the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

5. It was a part and an object of the conspiracy that RICHARD BERMUDEZ, a/k/a "Richie," the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 841(a)(1).

6.      The controlled substance involved in the offense was a quantity of marijuana, in violation of 21 U.S.C. § 841(b)(1)(D).

(Title 21, United States Code, Section 846.)

FORFEITURE ALLEGATION

7.      As a result of committing the controlled substance offenses charged in Counts One and Two of this Information, RICHARD BERMUDEZ, a/k/a "Richie," the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the offenses and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offenses charged in Counts One and Two of this Information.

Substitute Assets Provision

8.      If any of the above-described forfeitable property, as a result of any act or omission of RICHARD BERMUDEZ, a/k/a "Richie," the defendant:

      a.   cannot be located upon the exercise of due diligence;

      b.   has been transferred or sold to, or deposited with, a third person;

      c.   has been placed beyond the jurisdiction of the

    Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

    (Title 21, United States Code, Section 853.)

          _____
          PREET BHARARA
          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RICHARD BERMUDEZ,
a/k/a "Richie,"

                Defendant.

**SUPERSEDING INFORMATION**

S4 13 Cr. 70 (JMF)

(21 U.S.C. §§ 846, 853)

                    PREET BHARARA
                United States Attorney.