

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

April 22, 2026

**BY ECF**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

> **Re:**    *United States v. Richard Bermudez*, **13 Cr. 70 (JMF)**

Dear Judge Furman:

The Government respectfully submits this joint status letter pursuant to the Court's April 15, 2026 order.  The parties have conferred and agree that the violation report cannot be amended to add new specifications regarding the defendant's March 30, 2026 arrest, which occurred after defendant's supervised release term ended on April 30, 2025.  *See Rico v. United States*, 146 S. Ct. 947 (2026).  Separately, the parties, in consultation with the U.S. Probation Office, have discussed the possibility of a resolution to the pending violations of supervised release in this matter but have not yet reached an agreement.

Accordingly, the parties respectfully request additional time to continue discussions regarding a potential resolution, and that the parties be permitted to update the Court by joint letter no later than May 1, 2026.

The parties shall update the Court by joint letter no later than May 1, 2026, and shall appear for a conference on May 5, 2026, at  10:30 a.m. in Courtroom 24B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY.  The Clerk of Court is directed to terminate Doc. 311.

SO ORDERED.

April 23, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: _____
Lauren E. Phillips
Assistant United States Attorney
Southern District of New York
(212) 637-2231
Lauren.Phillips@usdoj.gov

cc:    Eugene Ingoglia, Esq. (by ECF)